UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Diane Coffey,
                DEBTOR.
_____/

CHAPTER 13
CASE NO. 18-40556-MBM
JUDGE MARCI B. MCIVOR

## ORDER TERMINATING ORDER EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS

    This matter came on for hearing upon a Motion filed by the Chapter 13 Standing Trustee pursuant to E.D. Mich. LBR 9014-1, a Notice of Trustee's Motion to Terminate Order Excusing Entry of Third Party Payment Order and Order to Debtor to Remit Payments to Chapter 13 Trustee by Electronic Transfer of Funds having been provided, and the Court being otherwise sufficiently advised in the premises;

    **IT IS HEREBY ORDERED** that the Court's Orders Excusing Entry of Third Party Payment Order and Order Directing Debtor to Remit Payments to Chapter 13 Trustee by Electronic Transfer of Funds are terminated;

    **IT IS FURTHER ORDERED** that the Trustee is released from any obligation to process Electronic Transfer of Funds requests or payments in this case.

**Signed on April 03, 2019**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge